■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HANKERSON, Appellant. [703 NYS2d 404] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Balio, JJ. (Filed Jan. 6, 2000.)

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELDON HOWARD, Appellant. [703 NYS2d 403] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Attempted Robbery, 2nd Degree.) Present—Green, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ. (Filed Dec. 20, 1999.)

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN JENKINS, Appellant. [703 NYS2d 403] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Assault, 1st Degree.) Present—Green, J. P., Lawton, Hayes, Hurlbutt and Balio, JJ. (Filed Dec. 20, 1999.)

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY MADISON, Appellant. [703 NYS2d 403] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Facilitation, 4th Degree.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ. (Filed Dec. 20, 1999.)

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL SANTIAGO, Appellant. [703 NYS2d 405] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Lawton, JJ. (Filed Jan. 31, 2000.)